173 A.3d 1089

IN THE MATTER OF RICHARD M. ROBERTS, AN ATTORNEY
AT LAW (ATTORNEY NO. 261581971)

D–37 September Term 2017
080300

November 15, 2017

**ORDER**

The Disciplinary Review Board having filed with the Court
pursuant to Rule 1:20–15(k) a recommendation (DRB 17–365) that
**RICHARD M. ROBERTS,** formerly of **NEWARK,** who was
admitted to the bar of this State in 1971, and who has been
suspended from the practice of law since November 24, 2015, be
suspended from the practice of law and compelled to pay a
monetary sanction to the Disciplinary Oversight Committee for
failure to comply with the determination of the District VA Fee
Arbitration Committee in Docket No. VA–2016–0003F, and good
cause appearing;

It is ORDERED that **RICHARD M. ROBERTS** be temporari-
ly suspended from the practice of law, effective December 15,
2017, and until respondent complies with the determination of the
District VA Fee Arbitration Committee in District Docket No.
VA–2016–0003F, pays a sanction of $500 to the Disciplinary Over-
sight Committee, and until the further Order of the Court; provid-
ed, however, this Order shall be vacated automatically if the
Disciplinary Review Board reports to the Court that prior to the
effective date of the suspension respondent has satisfied all obli-
gations under this Order; and it is further

ORDERED that if respondent seeks to be heard on this matter,
he shall file with the Clerk of the Court within ten days of the file
date of this Order a written request for the issuance of an Order
to Show Cause; and it is further

ORDERED that **RICHARD M. ROBERTS** remain suspended
from the practice of law pursuant to the Orders of the Court filed

October 26, 2015, November 4, 2015, and February 3, 2016, and pending his compliance with the determinations of the District VA Fee Arbitration Committee in those matters, and pays the sanctions of $500 imposed in each matter to the Disciplinary Oversight Committee, and until the further Order of the Court; and it is further

ORDERED that respondent continue to comply with Rule 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with Rule 1:20–20.

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.